UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIQUE LIGHTING SYSTEMS, INC., | ) | Civil No. 07-CV-104-L(LSP) |
| Plaintiff, | ) | **ORDER RE: ORAL ARGUMENT** |
| v. | ) | |
| ALLIANCE OUTDOOR LIGHTING, INC.; ROBERT MCKAY, | ) | |
| Defendants. | ) | |

Defendants' motion to dismiss the complaint [doc. #5] is set for hearing on April 16, 2007.   The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1).   Accordingly, no appearances are required.

**IT IS SO ORDERED.**

DATED:  April 10, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07cv104